UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  :  **ORDER**

     - v. –  :  S2 22 CR 625 (PKC)

RAFAEL RODRIGUEZ,  :

    Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 5, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:       New York, New York
            February ___, 2024

                               THE HONORABLE P. KEVIN CASTEL
                               UNITED STATES DISTRICT JUDGE