UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              22 CR 625 (PKC)

        -against-                                                <u>ORDER</u>

RAFAEL RODRIGUEZ,

                Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing for Rafael Rodriguez is scheduled for May 7, 2024 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
            February 13, 2024