# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Fax: (212) 571-5507
Tel: (212) 571-5500

April 24, 2024

By ECF

Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007

> Sentencing adjourned from May 7, 2024 to May 30, 2024 at 2:30 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 4/24/2024
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re:   USA v. Rafael Rodriguez
      22 Cr. 625 (PKC)

Dear Judge Castel:

    I am the attorney for Mr. Rodriguez in the referenced matter whose case is scheduled for sentence before your Honor on May 7, 2024, or a date thereafter convenient to the Court. I write without objection of the government, by AUSA Andrew Jones, to seek an extension of the date for sentence for three weeks, to and including Wednesday May 29, in order to continue my efforts to obtain important social history documents of Mr. Rodriguez from the New Jersey Department of Family Services; from health care providers; from my client's family members; and from other sources. The materials I await are central to the defendant's sentencing case, and have been difficult to secure. I note that my client is aware that counsel is interposing this request and supports the application; and that no prior request for such relief has been made.

    Should your Honor have any questions regarding this request, it is respectfully requested that the undersigned be notified. Thank you very much for your attention.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc