# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Fax: (212) 571-5507
Tel: (212) 571-5500

May 16, 2024

By ECF

Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007

> Sentencing is adjourned to June 25, 2024 at 10:30 a.m. in Courtroom 11D.
> SO ORDERED.
> Dated:  5/15/2024
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re:   USA v. Rafael Rodriguez
      <u>22 Cr. 625  (PKC)</u>

Dear Judge Castel:

    I am the attorney for Mr. Rodriguez in the referenced matter whose case is scheduled for sentence before your Honor on May 30, 2024. I write jointly with the government to request that the sentence date in this matter be extended to Thursday, June 6, or a date thereafter convenient to the Court. I am working with my client and his family to complete the defense sentence submission in this matter. I expect to receive documents and information to the defense sentencing case within a matter of days, and to discuss the updated PSR with my client at the MDC this weekend. AUSA Jones will be traveling out of the country on the date currently fixed for sentence, and requests that the matter be re-scheduled to June 4 or thereafter.

    For the foregoing reasons, the parties respectfully request that the Court extend the sentence date in this matter to June 6, 2024, or for a date thereafter convenient to the Court. Should your Honor have any questions regarding this request, it is requested that the parties be notified. Thank you very much for your attention

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc